UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**DWAYNE FRANKLIN (#0005556895)**      **CIVIL ACTION**

**VERSUS**      **NO. 21-617-JWD-EWD**

**ERIC DWIGHT FRANKLIN, ET AL.**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated October 31, 2022, (Doc. 4), to which no objection was filed;

**IT IS ORDERED** that all claims of Plaintiff Dwayne Franklin are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A,[1] and that this case shall be **CLOSED**.

Signed in Baton Rouge, Louisiana, on December 1, 2022.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Plaintiff is advised that 28 U.S.C. § 1915(g) provides that, "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section [Proceedings *in forma pauperis*] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." Should this Report and Recommendation be adopted, this will count as a strike.